IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:21-cv-126-T-24TGW

WESLEY KENYON,

    Plaintiff,

vs.

OAK HILL MANAGEMENT FLORIDA, LLC,

    Defendant.
_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

The plaintiff, Wesley Kenyon, and the defendant, Oak Hill Management Florida, LLC (the "Parties"), hereby stipulate that the Parties have agreed to arbitrate the claims raised in the action in accordance with the AAA Employment Arbitration Rules and Mediation Procedures, and that this action be dismissed without prejudice, with all pending motions denied as moot and each party to bear their own attorney's fees and costs.

Dated: March 12, 2021                                          Respectfully submitted,

By: */s/ Gregory A. Owens*                                     By: */s/ Cathy M. Stutin*
   Gregory A. Owens, Esquire                                    Cathy M. Stutin
   Florida Bar No. 51366                                         Florida Bar No. 0865011
   Wolfgang M. Florin, Esquire                                   FISHER & PHILLIPS LLP
   Florida Bar No. 907804                                        450 East Las Olas Boulevard, Suite 800
   FLORIN GRAY BOUZAS OWENS, LLC                                 Fort Lauderdale, Florida 33301
   16524 Pointe Village Drive, Suite 100                         Telephone (954) 525-4800
   Lutz, Florida 33558                                           Facsimile (954) 525-8739
   (727) 254-5255                                                cstutin@fisherphillips.com
   (727) 483-7942 (fax)
   greg@fgbolaw.com                                              *Attorneys for Defendant*
   wolfgang@fgbolaw.com

   *Attorneys for Plaintiff*

FP 39798871.1

## CERTIFICATE OF SERVICE

I hereby certify that on **March 12, 2021**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Cathy M. Stutin
Cathy M. Stutin, Esq.

## Service List

Gregory A. Owens, Esquire
Wolfgang M. Florin, Esquire
FLORIN GRAY BOUZAS OWENS, LLC
16524 Pointe Village Drive, Suite 100
Lutz, Florida 33558
(727) 254-5255
(727) 483-7942 (fax)
greg@fgbolaw.com
wolfgang@fgbolaw.com

*Attorneys for Plaintiff*